# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON L. BLISS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-5145** |
| | : | |
| **PSP FOGELSVILLE, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this **3rd** day of **November 2025,** upon consideration of Plaintiff Jason L. Bliss's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1, 5), his Prisoner Trust Fund Account Statement (ECF No. 6), and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Jason L. Bliss, #30900, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of the Lehigh County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Bliss's inmate account; or (b) the average monthly balance in Bliss's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Bliss's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Bliss's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this order to the Warden of

the Lehigh County Jail.

4.      The Complaint is **DEEMED** filed.

5.      The Complaint is **DISMISSED WITH PREJUDICE.**

6.      The Clerk of Court shall **CLOSE** this case.

                                             **BY THE COURT:**

                                             **/s/ Hon. Kelley B. Hodge**

                                             **KELLEY BRISBON HODGE, J.**